IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
__6th Circuit__ DIVISION

1:20CV64

__Paula Zelesnik__
(Enter Above the Name of the Plaintiff in this Action)

vs.

__Bob & Jeannie Cane__
(Enter above the name of the Defendant in this Action)

DLOTT

M.J. BOWMAN

If there are additional Defendants, please list them:

Jamie, Mitch + Micah Jacobs & his father John Cowboy et al at Gateway + Charlies 3/4 House Districts 1 & 2 Cincinnati Officers O'Malley & Edwards + Dunn et al Judges Heekin, Bachman, Burch

## COMPLAINT

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

__Paula Zelesnik__
Name - Full Name Please - PRINT

__2368 Victory Parkway 110__
Street Address

__Cincinnati Ohio 45206__
City, State and Zip Code

__513-241-2355__
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Bob Case
   Name - Full Name Please
   33 Springside Dr. Cold Spring KY 41076
   Address: Street, City, State and Zip Code

2. Jeannie Heekin Case Conboy
   33 Springside Dr. Cold Spring KY 41076

3. Jamie and Micah and Mitch Jacobs
   33 Springside Dr. Cold Spring KY 41076

4. Co and Jerry Steinman
   33 Springside Dr. Cold Spring KY 41076

5. Mary Anne Heekin The Christ Hospital
   2139 Auburn Ave Cincinnati Ohio 45219

6. Judge Heekin Room 595
   1000 Main St. Cincinnati Ohio 45202

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

7. Officers Randy Parks, Robens, Scott, Stevenson, O'Malley, Anton, Edwards, Pappas, Jawarski (sp)
   Erie Ave + Ezzard Charles Dr 45208 45202

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

- [✓] Title 28 U.S.C. § 1343(3)
  [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

- [✓] Title 28 U.S.C. § 1331
  [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

- [✓] Title 28 U.S.C. § 1332(a)(1)
  [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

- [ ] Title ____ United States Code, Section _____
  [Other federal status giving the court subject matter jurisdiction.]

8. Judge Brench Rm A
9. Judge Bachman Rm 585
1000 Main St 45202

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

Bob and Jeannie Case are derailing me into their AA heroin trafficking business purposely and purposefully for 26 years for their own monetary gain, they are on welfare and live very high on the hog for being on welfare.

I am going to take this matter to the United States Supreme Court* so they can't hurt anyone else anywhere else for the rest of their lives.

District 2 told me specifically they would not protect me from the man who continually tells me he is going to murder me where he resides at 3425 Michigan Ave Hyde Park Cincinnati Ohio 45208, Zumstein Ave, Observatory Ave, Delta Ave, Erie Ave, Edwards Ave, "because he is the son of a judge," and I was falsely charged by the same Jan 25 2019 and arrested less than 2 weeks later on Feb 4 2019 in Ohio, extradited to Covey and cleared of all charges by District 2 even though Judge Burch Ruft

*Said Stevenson is afraid of losing his job. Lives no bond no trial, no bond kidnapping Feb 12 2019

-3-

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | |
|---|---|---|
| 1:18-CV-00433 | Zelesnick vs. | GE |
| 2015 CV 02441 | GE vs. | Zelesnick |
| CA 027010 | Zelesnick vs. | GE |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I will continue to pursue all matters with the US Supreme Court until at least the Cincinnati Gang of 5 is prosecuted and convicted

I will pursue with the US the right of citizens worldwide to fly safely and to move GE out of Cincinnati immediately and permanently

Good Luck! ☺

I state under penalty of perjury that the foregoing is true and correct. Executed on this 22 day of January, 20 20

Signature of Plaintiff

per my discussion with Thomas Ewing Spring 2019

1/22/2020

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Paula Zeleznik,

Plaintiff/s,

vs.　　　　　　　　　Case Number: 1:20CV644

Dr Eric Edwards; Dr Zen

Defendant/s.

---

I am ready to have my arm today and my brain. But even if Summit Behavioral Healthcare had fried my brain with rape, drugs and shock treatments, I would still be capable of continuing my lawsuits against Cincinnati AND General Hughes for rape, attempted murder, aggravated menacing, obstruction, gross negligence, destruction of US property, falsification of documents, charges and testimony. I will continue to advise the US of these facts

P5



**Congressman Steve Chabot**
441 Vine Street, Suite 3003
Cincinnati, OH 45202

## Privacy Release Form

The Privacy Act of 1974, Title 5, U.S. Code Section 552a, provides that as of September 27, 1975, disclosure of information of a personal or confidential nature of an individual will no longer be released to third parties without written consent of the individual concerned. Therefore, I request and authorize U.S. Congressman Steve Chabot and his staff to act on my behalf, and to receive information from and communicate information to any relevant persons or agencies regarding my concern as noted below. I further authorize Congressman Chabot's office to request inter-agency transfer of records where appropriate.

Prefix: Mrs   First Name: Pauley   Last Name: Zelesnik
Street Address: 2368 Victory Parkway   City: Cincinnati  110  State: Ohio   Zip: 45206
Email: _____
Telephone Numbers  Home: 513-241-2355   Cell: _____   Fax: _____
Date of Birth: 1-5-62   Social Security #: 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   Case Number: _____

Please state the nature of your request, problem, or complaint on which you would like assistance. Please be specific. If necessary, attach any relevant documents or notices.

Please be advised that I will testify against General Electric & Aircraft Engines for the rest of my life!

Happy New Year and Happy Flying! to you & yours

Signature: Pauley Zelesnik   Date: 1/22/2020

**PLEASE RETURN THIS SIGNED FORM AND ALL SUPPORTING MATERIAL TO:**
Rep. Steve Chabot
ATTENTION: Constituent Services
441 Vine Street, Suite 3003
Cincinnati, Ohio 45202
FAX: (513) 421-8722



**Regina M. Hartman**
Manager
James N. Gamble Library
regina.hartman@TheChristHospital.com

Office 513-585-2773   2139 Auburn Ave.
Fax     513-585-4353   Cincinnati, OH 45219

TheChristHospital.com



225 East Sixth Street, Second Floor • Cincinnati, Ohio 45202-3209
(513) 381-8213 • Fax: (513) 381-0528 • www.cincybar.org



**Regina M. Hartman**
Manager
James N. Gamble Library
regina.hartman@TheChristHospital.com

Office 513-585-2773   2139 Auburn Ave.
Fax     513-585-4353   Cincinnati, OH 45219

TheChristHospital.com



225 East Sixth Street, Second Floor • Cincinnati, Ohio 45202-3209
(513) 381-8213 • Fax: (513) 381-0528 • www.cincybar.org



**Regina M. Hartman**
Manager
James N. Gamble Library
regina.hartman@TheChristHospital.com

Office 513-585-2773   2139 Auburn Ave.
Fax     513-585-4353   Cincinnati, OH 45219

TheChristHospital.com



**Regina M. Hartman**
Manager
James N. Gamble Library
regina.hartman@TheChristHospital.com

Office 513-585-2773   2139 Auburn Ave.
Fax     513-585-4353   Cincinnati, OH 45219

TheChristHospital.com



*Ellen Graham*
*Director of Membership*
(513) 699-1406 • egraham@cincybar.org

225 East Sixth Street, Second Floor • Cincinnati, Ohio 45202-3209
(513) 381-8213 • Fax: (513) 381-0528 • www.cincybar.org