IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Paula Zelesnik,

    Plaintiff(s),

vs.

Jamie Jacobs, et al.,

    Defendant(s).

Case Number: 1:20cv64

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on January 27, 2020 (Doc. 4), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 10, 2020, hereby ADOPTS said Report and Recommendation.

Accordingly, this case is DISMISSED with prejudice for failure to state a claim for relief. It is further ORDERED that the Court certifies pursuant to 28 U.S.C. §1915(a) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith. Therefore, plaintiff is DENIED leave to appeal *in forma pauperis*.

Plaintiff has now filed more than a dozen lawsuits that have been dismissed on initial screening for failure to state any claim. Therefore, it is ORDERED that the Court deems plaintiff as a vexation litigator and enjoins her from filing any new actions without submitting a certification from an attorney who is licensed to practice in this Court or the State of Ohio,

stating that there is a good faith basis for the claims plaintiff seeks to assert.

IT IS SO ORDERED.

     ___s/Susan J. Dlott_____
Judge Susan J. Dlott
United States District Court