IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Paula Zelesnik, | : |
| Plaintiff(s), | : |
| | : Case Number: 1:20cv64 |
| vs. | : |
| | : Judge Susan J. Dlott |
| Jamie Jacobs, et al., | : |
| Defendant(s). | : |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that this case is DISMISSED with prejudice for failure to state a claim; plaintiff is denied leave to appeal in forma pauperis; pltf is not permitted to file anymore complaints without the written authority of an attorney who is permitted to practice in this Court.

2/19/20                                                                Richard Nagel, CLERK


                                                                       S/William Miller
                                                                       Deputy Clerk